(HC) Sargent v. Patrick											Doc. 4

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GINA SARGENT,

    Petitioner,               No. CIV S-07-1995 LKK CMK P

    vs.

DEBRA PATRICK, Warden,

    Respondent.             ORDER

                              /

           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In her application, petitioner challenges a decision made by the Madera County Board of Parole Hearings. Madera County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

           Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

1 | Good cause appearing, IT IS HEREBY ORDERED that:

2 |     1.  This action is transferred to the United States District Court for the Eastern

3 | District of California sitting in Fresno; and

4 |     2.  All future filings shall reference the new Fresno case number assigned and

5 | shall be filed at:

```
            United States District Court
            Eastern District of California
            2500 Tulare Street
            Fresno, CA 93721
```

DATED:  October 4, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2